UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

VINCENT LUCAS,

    Plaintiff,

-vs-

AURELIO JOLIN, *et al.*,

    Defendant.

Case No. 1:15-cv-108

Judge Timothy S. Black
Magistrate Judge Stephanie K. Bowman

## JUDGMENT IN A CIVIL CASE

**[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]  Decision by Court:**

**IT IS ORDERED AND ADJUDGED**

1. The Report and Recommendations of the United States Magistrate Judge (Doc. 31) is **ADOPTED**;

2. Plaintiff's unopposed motion for default judgment (Doc. 27) against Defendant Kevin Jay Calvin is **GRANTED**;

3. Defendant Calvin is directed to pay Plaintiff damages in the amount of $22,800 ($3,800 x 6 calls), with interest to be paid at the statutory rate until judgment is satisfied. Further, Defendant Calvin and his employees, agents and aliases, and all other persons acting directly or indirectly in concert with Defendant Calvin, are permanently enjoined from engaging in any unfair, deceptive, or unconscionable act or practice in violation of the federal Telemarketing Sale Rule, 16 C.F.R. §310, or the federal Telephone Consumer Protection Act, 47 U.S.C. §227, or Ohio's Consumer Sales Protection Act, Ohio Rev. Code §§4719.01 *et seq.*, as well as the related provisions of the Ohio Administrative Code; and

4. Consistent with Plaintiff's Notice of Voluntary Dismissal of Claims Against Starion Energy, Inc., (Doc. 28), all claims are dismissed against Defendant Starion Energy, Inc.

Date: 11/18/15

**RICHARD W. NAGEL, CLERK**

By: *s/ M. Rogers*
Deputy Clerk