UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| VINCENT LUCAS, | Case No. 1:15-cv-108 |
| Plaintiff, | Judge Timothy S. Black |
| vs. | Magistrate Judge Stephanie K. Bowman |
| Aurelio Jolin et al., | |
| Defendants. | |

## ORDER

On September 19, 2016, this Court adopted the Report and Recommendation of the United States Magistrate Judge granting a default judgment against Defendants Aurelio "Victor" Jolin, Visram, Inc., Shawn Wolmuth and Premium Outsourced Solutions, Inc. (Doc. 88). Accordingly, a judgment was entered by the Clerk. (Doc. 89).

On October 6, 2016, the United States Magistrate Judge entered an order granting in part Plaintiff's motion to compel. (Doc. 90). In that Order, the Magistrate Judge resubmitted the case before this Court for consideration of whether the case should be closed with final judgment entered.

For good cause shown, **IT IS ORDERED** that final judgment be entered in favor of Plaintiff and against Defendants Aurelio "Victor" Jolin, Visram, Inc., Shawn Wolmuth and Premium Outsourced Solutions, Inc. It is further ordered that this case be **CLOSED**.

**IT IS SO ORDERED.**

Date: 10/20/16

Timothy S. Black
United States District Judge