UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| VINCENT LUCAS, | : | Case No. 1:15-cv-108 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Stephanie K. Bowman |
| vs. | : | |
| | : | |
| AURELIO JOLIN, *et al.,* | : | |
| | : | |
| Defendants. | : | |

_____

**JUDGMENT IN A CIVIL CASE**
_____

[ ]    **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[ x ]    **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that default judgment having been previously entered (*See* Doc. 89), for good cause shown, the final judgment in favor of Plaintiff and against Defendants Aurelio "Victor" Jolin, Visram, Inc., Shawn Wolmuth, and Premium Outsourced Solutions, Inc.; and this case **TERMINATED** on the docket of this Court.

Date: 10/21/16                                                                          **RICHARD W. NAGEL, CLERK**

By: */s/ M. Rogers*
Deputy Clerk